# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

March 14, 2005

BY E-FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    <u>Compendia Songs v. On Top Communications; C.A. No. 04-252 (GMS)</u>

Dear Judge Sleet:

    On November 15, 2004, the Court entered a Default Judgment, awarding plaintiffs $200,000 in damages and $13,950 in attorneys' fees and costs (D.I. 21-22). Defendants have not satisfied the Judgment. On January 18, 2005, plaintiffs served interrogatories and document requests on the defendants in aid of the execution of this Court's Judgment. The defendants have not responded to that discovery. On February 28 and again on March 7, I wrote to defendants, advising that unless we received responses, plaintiffs would seek a conference with the Court to obtain an Order compelling responses. Defendants have not responded to either letter.

    Accordingly, plaintiffs request a telephone conference to obtain an Order compelling defendants to respond to plaintiffs' discovery.

    Respectfully,

    /s/ Jack B. Blumenfeld (#1014)
    Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Gary A. Rosen Esquire (By Fax)
       Steve Hegwood (By Mail)
       On Top Communications, LLC, c/o Corporation Service Company (By Hand)
       On Top Communications of Mississippi, LLC, c/o Corporation Service Company (By Hand)
       On Top Communications of Virginia, LLC, c/o Corporation Service Company (By Hand)
       On Top Communications of Louisiana, LLC, c/o Corporation Service Company (By Hand)