# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

May 31, 2005

BY E-FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Compendia Songs v. On Top Communications; C.A. No. 04-252 (GMS)

Dear Judge Sleet:

      As set forth in my March 14, 2005 letter (D.I. 24), Plaintiffs respectfully request a conference with the Court to address the continued failure of the defendants to respond in any way to plaintiffs' discovery requests in aid of execution. We respectfully suggest that it may be appropriate at this time, in light of the defendants' continued defiance of this Court's process, to order the individual defendant Steve Hegwood, who is also the principal of each of the corporate defendants and is a resident of Maryland, to appear personally before the Court to show cause why sanctions should not be imposed, including sanctions for contempt of court. A proposed form of order is attached as Exhibit 1.

      Respectfully,

/s/ Jack B. Blumenfeld (#1014)
Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Gary A. Rosen Esquire (By Fax)
       Steve Hegwood (By Federal Express)