# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPENDIA SONGS; JONATHAN CHICO DEBARGE (d/b/a JOSEPH'S DREAM); CHUCH BOYZ PUBLISHING; DETABOB MUSIC; ILL THOUGHTZ; MUSIC OF DREAMWORKS; and ZOMBA MELODIES, INC., ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 04-252 (GMS) |
| ON TOP COMMUNICATIONS, LLC; ON TOP COMMUNICATIONS OF MISSISSIPPI, LLC; ON TOP COMMUNICATIONS OF VIRGINIA, LLC; ON TOP COMMUNICATIONS OF LOUISIANA, LLC; and STEVE HEGWOOD, ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

WHEREAS, on November 15, 2004, this Court entered a Memorandum Opinion Order granting a Default Judgment against the defendants in the amount of $200,000, and awarding plaintiffs attorneys' fees in the amount of $13,950 (D.I. 21-22);

WHEREAS, plaintiffs have represented to the Court that defendants have not satisfied the Judgment;

WHEREAS, on January 18, 2005, plaintiffs served on the defendants discovery to assist in the execution of the Judgment;

WHEREAS, plaintiffs have represented to the Court that defendants have not responded to that discovery;

NOW, THEREFORE, IT IS ORDERED that:

(1) On _____, 2005 at ____ __.m., in Courtroom 4A of the United States Courthouse, 844 King Street, Wilmington, Delaware, Steve Hegwood, who is a defendant and also the principal of each of the corporate defendants, shall appear and show cause why sanctions, including sanctions for contempt of Court, should not be imposed upon defendants; and

(2) Counsel for the plaintiffs shall have this Order served upon Mr. Hegwood forthwith.

_____
United States District Court Judge