


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPENDIA SONGS, <br> JONATHAN CHICO DeBARGE <br> (d/b/a JOSEPH'S DREAM), <br> CHUCH BOYZ PUBLISHING, <br> DETABOB MUSIC, <br> ILL THOUGHTZ, <br> MUSIC OF DREAMWORKS, and <br> ZOMBA MELODIES, INC., <br><br>          Plaintiffs <br><br> v. <br><br> ON TOP COMMUNICATIONS, LLC, <br> ON TOP COMMUNICATIONS <br> OF MISSISSIPPI, LLC, ON TOP <br> COMMUNICATIONS OF VIRGINIA, LLC, <br> ON TOP COMMUNICATIONS OF LOUISIANA, <br> LLC, and STEVE HEGWOOD, <br><br>          Defendants. | Civil Action No. 04-252 GMS |

## **ORDER**

WHEREAS, on November 15, 2004, the court issued a Memorandum and Order (D.I. 21, 22), granting the plaintiffs' motion for default judgment against the above-named defendants, awarding the plaintiffs $200,000 in damages and $13,950 in attorney's fees, and closing the case;

WHEREAS, on March 14, 2005, the plaintiffs filed a letter (D.I. 24) with the court requesting a conference regarding the defendants failure to respond to interrogatories and document requests served on them for the purpose of executing the court's judgment, and requesting the court to compel the defendants to respond to their discovery requests;

WHEREAS, on May 31, 2005, the plaintiffs filed a letter (D.I. 25), again requesting a

conference with the court regarding the defendants' continued failure to respond to their discovery requests;

WHEREAS, the letter also "suggest[s] that it may be appropriate . . ., in light of the defendants' continued defiance of [the] [c]ourt's process, to order the individual defendant Steve Hegwood . . . to appear personally before the [c]ourt to show cause why sanctions should not be imposed," and includes a proposed form of an order to show cause; and

WHEREAS, after having considered the plaintiffs' requests and suggestions, the defendants' failure to appear for any proceeding in this case, and the fact that this case is closed, the court concludes that it cannot offer any redress to the plaintiffs[1];

IT IS HEREBY ORDERED that:

1. The plaintiffs' request (D.I. 25) for the defendants to show cause why sanctions should not be imposed is DENIED.

2. The plaintiffs shall not file any more letters/motions with the court requesting the court to take action against the defendants.

Dated: August 26, 2005

FILED
AUG 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE

---

[1] This case has been closed since November 15, 2004. The plaintiffs, however, continue to seek redress from the court against defendants who have ignored its process since the inception of this case. Because the defendants have continually ignored its orders, the court cannot fathom why Steve Hegwood would appear and show cause as to why the court should not impose sanctions upon the defendants. At this point, the court believes that the plaintiffs should look to other means for executing their judgment. Additionally, the court will consider imposing sanctions on the plaintiffs if they continue to harass it.